UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RAM BAHADUR DARJI,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 26-CV-549 JLS (DEB)

**ORDER DENYING REQUEST FOR ATTORNEY'S FEES WITHOUT PREJUDICE AND DISMISSING CASE**

On February 6, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 6), and Petitioner was released from custody (ECF No. 7). Petitioner's counsel requested attorney's fees under the Equal Access to Justice Act ("EAJA"). *See* ECF No. 1 at 36. In the Court's Order, Petitioner's counsel was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records." Order at 8. The Court granted the Parties' request to extend the briefing schedule as to Petitioner's counsel's EAJA fee application. ECF No. 8. The deadlines set by the Court have come and gone, and Petitioner's counsel has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: April 23, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-549 JLS (DEB)